UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                     Case No. 3:23-cr-94

vs.

DEJUAN BROOKSHIRE,                     District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO DISMISS (Doc. No. 4); AND (2) TERMINATING THIS CASE ON THE DOCKET**

---

This criminal case is before the Court on the Government's motion to dismiss. (Doc. No. 4). The Government moved to dismiss this case because Defendant is now deceased. Therefore, pursuant to Federal Rule of Criminal Procedure 48(a), the Government's motion to dismiss is **GRANTED** and this case is **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

Date:   November 3, 2023                        s/ Michael J. Newman
                                                                 Michael J. Newman
                                                                 United States District Judge